**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Ronald Scott Renwrick, Appellant.

Appellate Case No. 2011-189866

_____

Appeal From York County
John C. Hayes, III, Circuit Court Judge

_____

Unpublished Opinion No. 2013-UP-204
Submitted May 1, 2013 – Filed May 22, 2013

_____

**APPEAL DISMISSED**

_____

Appellate Defender Robert Michael Dudek, of Columbia, for Appellant.

Tommy Evans, Jr., of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

_____

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.